[Nos. 3990-1; 3991-1.    Division One.    December 28, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY RAE JOHNSON, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 71556, 71627, Horton Smith, J., entered June 25, 1975. *Affirmed in part and dismissed in part* by unpublished per curiam opinion.

[No. 4110-1.    Division One.    December 28, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DANIEL ARMOUR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 71787, David W. Soukup, J., entered September 2, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4128-1.    Division One.    December 28, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LYNN BOYNS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 71402, Janice Niemi, J., entered August 15, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4324-1.    Division One.    December 28, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL M. REXROAT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 73270, Robert M. Elston, J., entered November 24, 1975. *Affirmed* by unpublished per curiam opinion.